Michael S. Agruss
SBN: 259567
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Ave., Suite 419
Chicago, IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff,
RYAN O'HARA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| RYAN O'HARA, | ) |
| Plaintiff, | ) **Case No.:** 2:17-cv-09169-SJO-MRW |
| v. | ) |
| GC SERVICES, LP, | ) |
| Defendant. | ) **NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, RYAN O'HARA, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, GC SERVICES, LP.

RESPECTFULLY SUBMITTED,

DATED: January 30, 2018        AGRUSS LAW FIRM, LLC

By: /s/ Michael S. Agruss
Michael S. Agruss
Attorney for Plaintiff
RYAN O'HARA

1

## **CERTIFICATE OF SERVICE**

    On January 30, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Margie Meier, at margie@rudnickifirm.com and Andrea Lenhardt, at alenhardt@behblaw.com.

                                  By:    /s/  Michael S. Agruss
                                                 Michael S. Agruss